IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BEDFORD RUCKER III**                                                                                   **PLAINTIFF**

V.                                     **CASE NO. 5:09cv00339 BSM**

**WASTE MANAGEMENT, INC., and**
**WASTE MANAGEMENT OF ARKANSAS INC.**                            **DEFENDANTS**

**STIPULATED ORDER OF DISMISSAL**

Notice has been provided that the parties have settled. Therefore, this case is dismissed with prejudice and each party is to bear its own costs.

IT IS SO ORDERED this 9th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE